Case 12-39550   Filed 01/16/13   Doc 16

Law Offices of Peter G. Macaluso
Peter G. Macaluso #215730
7311 Greenhaven Drive #100
Sacramento, CA 95831
916-392-6591
916-392-6590 Facsimile

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

In re:                                    Case No. 12-39550-C-13C

Leary, Kevin
SS#XXX-XX-7339

Leary, Barbara
SS#XXX-XX-4256

_____Debtor_____/

### ORDER CONFIRMING PLAN

The Chapter 13 plan filed on **November 05, 2012** of the above-named debtor(s) has been transmitted to all creditors, and it has been determined after notice and opportunity for a hearing that the debtor(s) plan satisfies the requirements of 11 U.S.C.§ 1325.

Therefore, **IT IS ORDERED** that plan is confirmed.

**IT IS FURTHER ORDERED** that:

1. The debtor shall immediately notify, in writing, the Clerk of the United States Bankruptcy Court and the trustee of any change in the debtor's address;

2. The debtor shall immediately notify the trustee in writing of any termination, reduction of, or other change in the

-1-

RECEIVED
January 10, 2013
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0004611482

employment of the debtor; and

    3. The debtor shall appear in court whenever notified to do so by the court.

    **IT IS FURTHER ORDERED** that the attorney's fees for the debtor's attorney in the full amount **$4,000.00** are approved, **$1,000.00** of which was paid prior to the filing of the petition.

    The balance of **$3,000.00**, provided that the attorney and debtor have complied with Local Bankruptcy Rule 2016-1(c), shall be paid by the trustee from plan payments at the rate specified in the confirmed plan.

    **IT IS FURTHER ORDERED** that, pursuant to 11 U.S.C. § 1323, the plan is amended as follows; N/A

_/s/ [signature] 1-8-13_
Approved by the Chapter 13
Trustee as to form.

Dated: January 16, 2013

                                                 _/s/ [signature]_
                                           United States Bankruptcy Judge